CLOSED, CV

# U.S. District Court
# U.S.District Court Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:07-cv-04273-PAM-JSM
# Internal Use Only

Laxton v. Davol, Inc. et al
Assigned to: Senior Judge Paul A. Magnuson
Referred to: Magistrate Judge Janie S. Mayeron
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability

Date Filed: 10/17/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Tammy A. Laxton** represented by

**Charles H Johnson**
Charles H Johnson & Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651-633-5685
Fax: 651-633-4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal A Eisenbraun**
Neal A. Eisenbraun, Chartered
2599 Mississippi St
New Brighton, MN 55112
651-633-5685
Fax: 6516334442
Email: rattler@earthlink.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2007 | 1 | COMPLAINT against Davol, Inc., C. R. Bard, Inc. ( Filing fee $ 350 receipt number 40016993.) assigned to Judge Paul A. Magnuson per Master referred to Magistrate Judge Janie S. Mayeron, filed by Tammy |

| | | |
|---|---|---|
| | | A. Laxton. (Attachments: # 1 Civil Cover Sheet) (JMH) (Entered: 10/17/2007) |
| 10/17/2007 | | Summons Issued as to Davol, Inc., C. R. Bard, Inc. (JMH) (Entered: 10/17/2007) |
| 10/17/2007 | | (Court only) ***Staff notes possible related case MDL 1842 (PAM/JSM) (JMH) (Entered: 10/17/2007) |
| 10/17/2007 | | (Court only) *** Copy of complaint sent to the MDL Panel (JMH) (Entered: 10/17/2007) |
| 10/24/2007 | | Summons Reissued as to Davol, Inc., C. R. Bard, Inc.(dch) (Entered: 10/24/2007) |
| 11/07/2007 | 2 | WAIVER OF SERVICE Returned Executed filed by Tammy A. Laxton. Davol, Inc. waiver sent on 10/24/2007, answer due 12/24/2007; C. R. Bard, Inc. waiver sent on 10/24/2007, answer due 12/24/2007. (JMH) (Entered: 11/13/2007) |
| 11/26/2007 | 3 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO-8), transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M. Lisi. (JMH) (Entered: 11/26/2007) |